IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -3 PM 3:12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES OF AMERICA

v.                                    No.: .04CR10098 T

TERRY DICKERSON

## ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE

This cause came on to be heard upon the Motion to Modify Conditions of Release filed by Counsel for Defendant, Leslie I. Ballin. It appearing to the Court that the Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, by this Court that the conditions of curfew currently in effect be and are hereby modified and that the Defendant is allowed to appear for work at the TigerMart in Lakeland, Tennessee from the hours of 11:00 p.m. to 7:00 a.m. That the remaining conditions of the Defendant's Order Setting Conditions of Release remain in effect as stated therein.

James D. Todd
JUDGE

3 August 2005
DATE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:04-CR-10098 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Blake Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT