# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

VS.                        No. 04-10098-T

TERRY DICKERSON,

     Defendant.

## ORDER CONTINUING TRIAL AND REPORT DATE
## AND EXCLUDING DELAY

Upon  motion of counsel for defendant, with no objection from the government and  for good cause shown,  the report date which is currently scheduled for August 30, 2005, and the trial date which is currently scheduled for September 7, 2005, are hereby continued.   The defendant contends that additional time is needed to prepare for trial.

The court finds that defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant  more time  to prepare for trial.  Accordingly, the trial is continued from September 7, 2005, to November 7, 2005,  at 9:30 A.M.   The resulting period of delay, from September 7, 2005,  to November 7, 2005,  is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for October 28, 2005,  at 8:30 a.m.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

29 August 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ____09-01-05____

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in
case 1:04-CR-10098 was distributed by fax, mail, or direct printing on
September 1, 2005 to the parties listed.

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Blake Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT