# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                                No. 04-10098-T

TERRY DICKERSON,

    Defendant.

## ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant, with no objection from the government and for good cause shown, the report date which is currently scheduled for October 28, 2005, and the trial date which is currently scheduled for November 7, 2005, are hereby continued. The defendant contends that additional time is needed to prepare for trial.

The court finds that defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from November 7, 2005, to December 19, 2005, at 9:30 A.M.</u> The resulting period of delay, from November 7, 2005, to December 19, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for December 6, 2005, at 8:45 a.m.

IT IS SO ORDERED.

                                                                _/s/ James D. Todd_
                                                                 JAMES D. TODD
                                                                 UNITED STATES DISTRICT JUDGE

                                                                 25 October 2005
                                                                 DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-27-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 1:04-CR-10098 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Blake Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT