IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                          04-cr-10098

TERRY DICKERSON

## ORDER GRANTING JOINT MOTION TO TRANSFER

This cause came on to be heard upon the Joint Motion to Transfer filed by the parties herein. It appearing to the Court that the Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, by this Court that case number 04-10098 be and is hereby transferred to the United States District Court, Western Division and shall be consolidated with case number 05-20056-Ma.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that once transferred, cause number 04-10098 shall be set for report with case number 05-20056-Ma on December 23, 2005.

_____ JUDGE
30 November 2005
DATE

APPROVED BY:

_____
Blake D. Ballin, Esq.
Attorney for Defendant, Terry Dickerson

_____
Jerry Kitchen, Esq.
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  12-05-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 1:04-CR-10098 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Blake Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT